# MEMO ENDORSED

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

March 14, 2008

BY FAX

Honorable James C. Francis
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

Re: <u>Freddy Sanchez v. Astrue</u>
07 Civ. 6293 (LTS) (JCF)

Dear Judge Francis:

Pursuant to the briefing schedule in the above-referenced Social Security case, the Government's brief is due today, March 14, 2008. We write respectfully to request, with the consent of plaintiff's counsel, that the remaining briefing schedule in this case be adjourned for 30 days, as follows: Government's opposition to plaintiff's motion for judgment on the pleadings and cross-motion for judgment on the pleadings by April 14, 2008, and plaintiff's reply by April 28, 2008. The reason for this request is that the undersigned has been out of the office due to illness for the past week. One prior adjournment of the briefing schedule was granted. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _/s/ Susan D. Baird_
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: BY FAX
Lewis B. Insler, Esq.
Insler & Hermann, LLP

3/17/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

TOTAL P.02